# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN YATSONSKY, | : | No. 3:15cv1777 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| STATE FARM FIRE & | : | |
| CASUALTY COMPANY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 16th day of October 2015, defendant's motion to dismiss Count II, bad faith, (Doc. 3) is hereby **DENIED**. Defendant is further **ORDERED** to answer plaintiff's complaint within fourteen (14) days from the date of this order.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**