# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN YATSONSKY, | : | No. 3:15cv1777 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| STATE FARM FIRE & | : | |
| CASUALTY COMPANY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 27th day of April 2016, State Farm Fire and Casualty Company's motion for judgment on the pleadings regarding Count I–breach of contract (Doc. 17) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of State Farm and against Plaintiff Joan Yatsonsky on Count I-breach of contract.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**