IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN YATSONSKY,<br>　　　　Plaintiff<br><br>　　v.<br><br>STATE FARM FIRE &<br>CASUALTY COMPANY,<br>　　　　Defendant | :　No. 3:15cv1777<br>:<br>:　(Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, to wit, this 5th day of December 2016, Defendant State Farm Fire and Casualty Company's motion for summary judgment (Doc. 27) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendant State Farm Fire & Casualty Company and to close this case.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ James M. Munley
　　　　　　　　　　　　　　JUDGE JAMES M. MUNLEY
　　　　　　　　　　　　　　United States District Court